No. A–731 (78–6198). HUDAK v. CURATORS OF THE UNIVERSITY OF MISSOURI ET AL. C. A. 8th Cir. Application for stay, addressed to MR. JUSTICE MARSHALL and referred to the Court, denied.

No. A–757. ELIAS v. FLORIDA. Dist. Ct. App. Fla., 3d Dist. Application for stay, addressed to MR. JUSTICE MARSHALL and referred to the Court, denied.

No. A–771. UNION LIGHT, HEAT & POWER CO. ET AL. v. RUBIN, U. S. DISTRICT JUDGE. C. A. 6th Cir. Application for stay, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. MR. JUSTICE STEWART took no part in the consideration or decision of this application.

No. A–759 (78–1277). GOLDING v. CITY COUNCIL OF THE CITY OF RICHMOND ET AL. Sup. Ct. Va. Application for stay, addressed to MR. JUSTICE BRENNAN and referred to the Court, denied.

No. D–143. IN RE DISBARMENT OF BEASLEY. Disbarment entered. [For earlier order herein, see 439 U. S. 950.]

No. D–149. IN RE DISBARMENT OF GENUA. Disbarment entered. [For earlier order herein, see 439 U. S. 1041.]

No. D–151. IN RE DISBARMENT OF HOPFL. Disbarment entered. [For earlier order herein, see 439 U. S. 1042.]

No. D–154. IN RE DISBARMENT OF BRICKEL. Disbarment entered. [For earlier order herein, see 439 U. S. 1042.]

No. 78–223. NATIONAL LABOR RELATIONS BOARD ET AL. v. BAPTIST HOSPITAL, INC. C. A. 6th Cir. [Certiorari granted, 439 U. S. 1065.] Motion of National Union of Hospital & Health Care Employees, RWDSU, AFL–CIO, for leave to file a brief as *amicus curiae* granted.